**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00892-CV

**DAVIS D. GILLIS, ET AL., Appellants**

**V.**

**PROVOST & UMPHREY LAW FIRM, L.L.P., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15198**

## ORDER

We **GRANT** appellants' November 18, 2013 unopposed motion for an extension of time

to file a reply brief. Appellants shall file their reply brief on or before December 11, 2013.


/s/     DAVID LEWIS
         JUSTICE